STATE of Missouri, Respondent,

v.

Wayne E. WEST, Appellant.

No. WD 73360.

Missouri Court of Appeals, Western District.

Oct. 9, 2012.

Rosemary Percival, Kansas City, MO, for Appellant.

Timothy Blackwell, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, J., and FREDERICK P. TUCKER, Sp. J.

### ORDER

PER CURIAM:

Mr. Wayne E. West appeals the trial court's convictions and sentences for second-degree murder and armed criminal action after a jury trial. He contends the State's evidence was insufficient to support the jury's findings of guilt beyond a reasonable doubt.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).